## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In re:                                      )    Chapter 7
    THOMAS PATRICK ZALUSKY and,       )    Case No. 09-25324
    JOAN MARIE ZALUSKY,               )    Hon. Bruce W. Black (Joliet)
                  Debtors.       )

### FIRST AND FINAL APPLICATION OF TRUSTEE FOR STATUTORY
### COMPENSATION AND EXPENSE REIMBURSEMENT

TO THE HONORABLE BRUCE W. BLACK, Bankruptcy Judge:

NOW COMES Deborah K. Ebner, duly appointed, qualified and acting Trustee in these proceedings, and pursuant to the direction of this Court, the following is an outline of services rendered in connection with the administration of this Estate:

### TRUSTEE SERVICES

I.    TASKS

    1.    Preparation for 341 meeting;

    2.    Conduct 341 meeting;

    3.    Identified stock interests with apparent equity for the Estate, and liquidated stock interests.

    4.    Retain accountant and work with accountant on preparation of tax returns;

    5.    File Initial Report of Trustee in Asset Case;

    6.    File Interim Property Record and Asset Reports;

    7.    Review claims;

    8.    Open Bank Account;

    9.    Preparation of Trustee's Final Report;

    10.    Preparation in connection with U.S. Trustee reviews, annual reports, discussions with USTO staff personnel, and discussions with creditors;

    11.    Anticipated posting and distribution of dividend checks;

    12.    Preparation and filing of Final Account.

## II.   EXPENSES ADVANCED

13.   Attached as **Exhibit A** is an itemization of **$62.29** in expenses advanced by Trustee during the course of this administration for which reimbursement is sought.

## III.   STATUTORY TRUSTEE COMPENSATION CALCULATION

14.   The maximum compensation allowable to Trustee pursuant to 11 U.S.C. § 326 of the Code, based upon the receipts and disbursements of $19,452.94 which is the aggregate of Estate's funds distributed to parties in interest other than the Debtors, is as follows:

| | |
|---|---|
| 25% of the first $5,000 | $1,250.00 |
| 10% of the next $45,000 | $1,445.29 |
| Total allowable compensation | $2,695.29 |

## IV.   COMPENSATION REQUEST

15.   Trustee and her staff have expended 41.4 hours in the rendition of Trustee services.[1] Based upon Trustee's normal and customary hourly rates, she has $15,082.50[2] worth of professional service. Trustee requests her statutory compensation, however, in the amount of **$2,695.29**.

## V.   CONCLUSION

16.   **For the foregoing reasons, Trustee seeks $2,695.29 in statutory compensation, and expense reimbursement in the amount of $62.29.**

Respectfully submitted,
Law Office of Deborah Kanner Ebner

By:    /s/Deborah K. Ebner
Deborah K. Ebner, Esq.

Deborah K. Ebner (ARDC No. 6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

---

[1] Trustee expects to expend approximately five (5) additional hours on this engagement in order to conclude this administration. Based upon Trustee's hourly rate of $375.00, there is expected to be an additional $1,875.00 worth of professional service generated.
[2] Detailed time description is available upon request.