# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: ZALUSKY, THOMAS PATRICK           Case No. 09-25324
       ZALUSKY, JOAN MARIE

                                         Chapter   7
_____,
                Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                    Assets Exempt: $12,300.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $14,700.93    Claims Discharged
                                               Without Payment: $53,417.99

Total Expenses of Administration: $4,752.08

---

3) Total gross receipts of $ 19,453.01 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $19,453.01 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $187,337.08 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,752.08 | 4,752.08 | 4,752.08 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 68,118.15 | 37,798.82 | 37,798.82 | 14,700.93 |
| **TOTAL DISBURSEMENTS** | $255,455.23 | $42,550.90 | $42,550.90 | $19,453.01 |

4) This case was originally filed under Chapter 7 on July 13, 2009. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/04/2011         By: /s/DEBORAH K. EBNER
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REVERSED | 1223-000 | 76.29 |
| Reversed Deposit 100001 6 same as above | 1223-000 | -76.29 |
| 530 shares of stock in Realty Income inherited f | 1129-000 | 18,576.20 |
| undisclosed dividends from Realty Income | 1123-000 | 876.81 |
| **TOTAL GROSS RECEIPTS** | | **$19,453.01** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Provident Funding Association | 4110-000 | 185,644.08 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbsd | 4110-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Best Buy | 4110-000 | 693.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$187,337.08** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 2,695.29 | 2,695.29 | 2,695.29 |
| DEBORAH K. EBNER | 2200-000 | N/A | 62.29 | 62.29 | 62.29 |
| Deborah K. Ebner, ESQ. | 3110-000 | N/A | 0.00 | 0.00 | 0.00 |
| LOIS WEST | 3410-000 | N/A | 967.50 | 967.50 | 967.50 |
| Illinois Department of Revenue | 2820-000 | N/A | 327.00 | 327.00 | 327.00 |
| INternational Sureties | 2300-000 | N/A | 450.00 | 450.00 | 450.00 |
| Clerk of Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,752.08 | 4,752.08 | 4,752.08 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 9,692.00 | 9,692.68 | 9,692.68 | 3,769.73 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 26,875.00 | 26,875.09 | 26,875.09 | 10,452.41 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Chase Bank USA, N.A. | 7100-000 | 258.83 | 258.83 | 258.83 | 100.67 |
| 4 | GE Money Bank dba CARE CREDIT/GEMB | 7100-000 | 972.22 | 972.22 | 972.22 | 378.12 |
| NOTFILED | NoteWorld Servicing Center | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Oral and Maxillofacial Surgery Associates, PC | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Oswego Fire Protection District | 7100-000 | 640.00 | N/A | N/A | 0.00 |
| NOTFILED | Shell Oil / Citibank | 7100-000 | 234.97 | N/A | N/A | 0.00 |
| NOTFILED | Rush Copley Medical Group | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank | 7100-000 | 22,467.02 | N/A | N/A | 0.00 |
| NOTFILED | Copley Hospital | 7100-000 | 398.25 | N/A | N/A | 0.00 |
| NOTFILED | Emergency Treatment SC | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Emergency Treatment SC | 7100-000 | 257.08 | N/A | N/A | 0.00 |
| NOTFILED | Copley Hospital | 7100-000 | 393.00 | N/A | N/A | 0.00 |
| NOTFILED | Copley Hospital | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Dreyer Medical Clinic | 7100-000 | 963.00 | N/A | N/A | 0.00 |
| NOTFILED | Copley Hospital | 7100-000 | 2,109.70 | N/A | N/A | 0.00 |
| NOTFILED | Edward Hospital | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Emergency Treatment, S.C. | 7100-000 | 257.08 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 68,118.15 | 37,798.82 | 37,798.82 | 14,700.93 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-25324  
**Case Name:** ZALUSKY, THOMAS PATRICK  
ZALUSKY, JOAN MARIE  
**Period Ending:** 12/04/11

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 07/13/09 (f)  
**§341(a) Meeting Date:** 09/03/09  
**Claims Bar Date:** 12/23/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single family raesidence, Drive, Oswego, Illinoi | 267,575.00 | 81,930.92 | | 0.00 | FA |
| 2 | cash on hand necessary for day to day living | 250.00 | 0.00 | | 0.00 | FA |
| 3 | Money checking account | 1,100.00 | 0.00 | | 0.00 | FA |
| 4 | (2) savings accounts at Associate Bank in Oswego | 500.00 | 0.00 | | 0.00 | FA |
| 5 | miscellaneous items of household goods and furni | 1,200.00 | 0.00 | | 0.00 | FA |
| 6 | flat screen TV | 500.00 | 0.00 | | 0.00 | FA |
| 7 | miscellaneous books, pictures, compact discs | 800.00 | 0.00 | | 0.00 | FA |
| 8 | miscellaneous items of wearing apparel necessary | 1,800.00 | 1,800.00 | | 0.00 | FA |
| 9 | wedding band and miscellaneous pieces of costume | 200.00 | 0.00 | | 0.00 | FA |
| 10 | miscellaneous items of sports, photographic and | 150.00 | 0.00 | | 0.00 | FA |
| 11 | 530 shares of stock in Realty Income inherited f | 11,352.60 | 9,102.60 | | 18,576.20 | FA |
| 12 | 2000 Dodge Durango, 105,000 miles - blown engine | 100.00 | 100.00 | | 0.00 | FA |
| 13 | 1994 Chevy 3500 Silverado, 220,000 miles | 5,000.00 | 200.00 | | 0.00 | FA |
| 14 | 2000 - 16' trailer with 80,000 miles | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 15 | 1999 Chrysler Sebring, 160,000 miles | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 16 | miscellaneous items of office equipment includin | 250.00 | 0.00 | | 0.00 | FA |
| 17 | stereo and speakers for vehicle | 300.00 | 0.00 | | 0.00 | FA |
| 18 | undisclosed dividends from Realty Income  (u) | Unknown | N/A | | 876.81 | FA |
| 18 | **Assets** Totals (Excluding unknown values) | **$294,577.60** | **$96,633.52** | | **$19,453.01** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee is liquidating stock interest of Debtor

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015   **Current Projected Date Of Final Report (TFR):**   July 12, 2011  (Actual)

Printed: 12/04/2011 07:25 PM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 09-25324 | | **Trustee:** | DEBORAH K. EBNER (330480) |
| **Case Name:** | ZALUSKY, THOMAS PATRICK | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | ZALUSKY, JOAN MARIE | | **Account:** | ***-*****47-65 - Money Market Account |
| **Taxpayer ID #:** | **-***9208 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 12/04/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 12/04/2011 07:25 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 09-25324 | **Trustee:** | DEBORAH K. EBNER (330480) |
| **Case Name:** ZALUSKY, THOMAS PATRICK | **Bank Name:** | The Bank of New York Mellon |
| ZALUSKY, JOAN MARIE | **Account:** | 9200-******47-65 - Money Market Account |
| **Taxpayer ID #:** **-***9208 | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** 12/04/11 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Case 09-25324 Doc 40 Filed 12/21/11 Entered 12/21/11 22:36:37 Desc Main
Document     Page 9 of 10

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-25324
**Case Name:** ZALUSKY, THOMAS PATRICK
ZALUSKY, JOAN MARIE
**Taxpayer ID #:** **-***9208
**Period Ending:** 12/04/11

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******47-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/11 | {18} | Joan Zalusky | dividend from undisclosed stock certificate; certificate discovered during Trustee's discovery and upon demand Debtor turned over certificate and dividends that she was holding. | 1223-000 | 76.12 | | 76.12 |
| 02/28/11 | {18} | Joan Zalusky | same as above | 1223-000 | 76.29 | | 152.41 |
| 02/28/11 | {18} | Joan Zalusky | same as above | 1223-000 | 76.45 | | 228.86 |
| 02/28/11 | {18} | Joan Zalusky | same as above | 1223-000 | 76.45 | | 305.31 |
| 02/28/11 | {18} | Joan Zalusky | same as above | 1223-000 | 76.29 | | 381.60 |
| 02/28/11 | | Joan Zalusky | REVERSED | 1223-000 | 76.29 | | 457.89 |
| 02/28/11 | {18} | Joan Zalusky | ck #168020 | 1223-000 | 76.22 | | 534.11 |
| 02/28/11 | {18} | Joan Zalusky | CK#168020 was in the amount of 76.29 not 76.22 | 1223-000 | 0.07 | | 534.18 |
| 03/01/11 | | Joan Zalusky | Reversed Deposit 100001 6 same as above | 1223-000 | -76.29 | | 457.89 |
| 03/23/11 | 101 | INternational Sureties | Bond to replace certificate | 2300-000 | | 450.00 | 7.89 |
| 04/11/11 | {11} | Wells Fargo Bank, NA Agent | Liquidation of comon stock | 1129-000 | 6,596.43 | | 6,604.32 |
| 04/19/11 | {11} | Wells Fargo Bank, NA Transfer Agent | reimbursement of back up with holding held out of stock sale proceeds | 1129-000 | 2,581.42 | | 9,185.74 |
| 05/03/11 | {11} | Realty Income | dividend check | 1129-000 | 38.31 | | 9,224.05 |
| 05/16/11 | {11} | Wells Fargo Bank, NA Agent | Liquidation of Stock | 1129-000 | 9,360.04 | | 18,584.09 |
| 05/18/11 | {18} | Wells Fargo Bank NA | replacement check for checks sent to debtor or otherwise uncashed. | 1123-000 | 380.61 | | 18,964.70 |
| 05/27/11 | {18} | Realty Income | forwarded by Joan Zalusky again . | 1223-000 | 38.31 | | 19,003.01 |
| 06/13/11 | 102 | Illinois Department of Revenue | Tax Form IL 1041 V | 2820-000 | | 327.00 | 18,676.01 |
| 09/10/11 | 103 | DEBORAH K. EBNER | Dividend paid 100.00% on $62.29, Trustee Expenses; Reference: | 2200-000 | | 62.29 | 18,613.72 |
| 09/10/11 | 104 | DEBORAH K. EBNER | Dividend paid 100.00% on $2,695.29, Trustee Compensation; Reference: | 2100-000 | | 2,695.29 | 15,918.43 |
| 09/10/11 | 105 | LOIS WEST | Dividend paid 100.00% on $967.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 967.50 | 14,950.93 |
| 09/10/11 | 106 | Clerk of Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: ADMIN | 2700-000 | | 250.00 | 14,700.93 |
| 09/10/11 | 107 | DISCOVER BANK | Dividend paid 38.89% on $9,692.68; Claim# 1; Filed: $9,692.68; Reference: XXXX-XXXX-XXXX-3039 | 7100-000 | | 3,769.73 | 10,931.20 |
| 09/10/11 | 108 | Chase Bank USA, N.A. | Dividend paid 38.89% on $26,875.09; Claim# 2; Filed: $26,875.09; Reference: | 7100-000 | | 10,452.41 | 478.79 |

Subtotals :  $19,453.01   $18,974.22

{} Asset reference(s)                                   Printed: 12/04/2011 07:25 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-25324  
**Case Name:** ZALUSKY, THOMAS PATRICK  
ZALUSKY, JOAN MARIE  
**Taxpayer ID #:** **-***9208  
**Period Ending:** 12/04/11

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******47-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | XXXX-XXXX-XXXX-0119 |  |  |  |  |
| 09/10/11 | 109 | Chase Bank USA, N.A. | Dividend paid 38.89% on $258.83; Claim# 3; Filed: $258.83; Reference: XXXXXX4608 | 7100-000 |  | 100.67 | 378.12 |
| 09/10/11 | 110 | GE Money Bank dba CARE CREDIT/GEMB | Dividend paid 38.89% on $972.22; Claim# 4; Filed: $972.22; Reference: XXXXXXXXXXXX1710 | 7100-000 |  | 378.12 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 19,453.01 | 19,453.01 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 0.00 | 0.00 |  |
|  |  |  | **Subtotal** |  | 19,453.01 | 19,453.01 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$19,453.01** | **$19,453.01** |  |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****47-65 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******47-65 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******47-66 | 19,453.01 | 19,453.01 | 0.00 |
|  | $19,453.01 | $19,453.01 | $0.00 |